JAMES CLARK, appellant,

*v.*

WILLIAM KINNAUGH, respondent.

[Decided May 17th, 1926.]

On appeal from a decree of the court of chancery.

*Mr. Alexander Simpson,* for the appellant.

*Messrs. Porter, Zinc & Lafferty* and *Messrs. Lindabury & Steelman,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Bentley.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, BLACK, KATZENBACH, CAMPBELL, WHITE, GARDNER, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, JJ. 13.

*For reversal*—None.